**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-2210**

In re: JAMES GARY MOSKOS,

   Petitioner.

On Petition for Writ of Mandamus.  (5:21-hc-02109-FL)

Submitted:  November 12, 2021       Decided:  November 23, 2021

Before MOTZ, FLOYD, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

James Gary Moskos, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Gary Moskos petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2254 petition. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*